**Barbara Jean FORD, Plaintiff–Appellant,**

v.

**Stuart O. SIMMS, Secretary, Maryland Department of Public Safety and Correctional Services; Maryland Department of Public Safety and Correctional Services; State of Maryland; George Kaloroumakis, Assistant Warden of Eastern Correctional Institution; Ralph Logan, Warden, Baltimore City Detention Center; Edmund O'Leary, Division of Corrections, Internal Investigative Unit Headquarters; Dale McCloud, Maryland Department of Public Safety and Correctional Services; Laura Rieken Dorsey, Eastern Correctional Institution, Defendants–Appellees.**

**828**

No. 02–2420.

United States Court of Appeals,
Fourth Circuit.

Submitted June 23, 2003.

Decided July 8, 2003.

Robin R. Cockey, Cockey, Brennan, & Maloney, P.C., Salisbury, Maryland, for Appellant. J. Joseph Curran, Jr., Attorney General, Scott S. Oakley, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Barbara Jean Ford appeals the district court's orders denying her motion to amend her complaint and granting Appellees' motion for summary judgment on one Title VII claim following a remand from this court. *See Ford v. Simms,* 23 Fed. Appx. 152 (4th Cir. 2001) (No. 00–1649) (unpublished). We find no error in the district court's orders and affirm for the reasons stated by the district court. *See Ford v. Simms,* No. CA–99–3580–JFM (D. Md. Apr. 9, 2002, and Oct. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*